IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BEVERLY WILSON O/B/O JM,

    Plaintiff,

vs.                                            CASE NO.: 5:09-cv-20-SPM-EMT

MICHAEL J. ASTRUE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 38), which recommends that the Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act (doc. 33) be granted. The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 38) is *adopted* and incorporated by reference in this order.

2.     The Plaintiff's Motion (doc. 33) is granted.

3.     Plaintiff's counsel is entitled to recover fees and costs in the amount

of $2, 341.84 under the Equal Access to Justice Act.

DONE AND ORDERED this <u>fourteenth</u> day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge